IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 08-181 |
| GARY LEE MYERS, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 3rd day of November, 2008, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered May 6, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, November 14, 2008 at 2:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Craig W. Haller,
    Assistant United States Attorney

    Ronald W. Hayward, Esquire
    1310 Allegheny Building
    429 Forbes Avenue
    Pittsburgh, PA 15219

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation