IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>vs. )<br>)<br>)<br>GARY LEE MYERS, )<br>)<br>Defendant. ) | Civil Action No. 09-394<br>(Criminal No. 08-181) |

## ORDER

AND NOW, this 16 day of April, 2009, after consideration of the within motion it is hereby ordered, DENIED.

*[signature]* J.

CC: US MARSHAL
US PROBATION